UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-03994 DMG (RZx)** | Date | May 29, 2012 |
| Title | *Byron Chapman v. Rose Garden Inn, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING THOMAS E. FRANKOVICH'S PETITION FOR LEAVE TO FILE NEW LITIGATION [Doc. # 1]**

On May 8, 2012, Plaintiff's counsel, Thomas E. Frankovich, filed a petition seeking leave to file a complaint on behalf of Plaintiff Byron Chapman [Doc. ## 1-3]. Having reviewed the factual and legal basis for Plaintiff's complaint, the Court finds no reason to bar Plaintiff or his counsel from filing the subject complaint. Counsel shall file the complaint in compliance with General Order 10-07 and Local Rule 3-2.

**IT IS SO ORDERED.**